IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COACH, INC. and COACH SERVICES, INC.,

                       Plaintiffs,

v.                                        **Case No. 15-cv-10740**

SOURCE II, INC.; and CERHUE ANDRE        **Honorable Robert H. Cleland**
WALKER, individually and
d/b/a SOURCE II, INC.

                       Defendants.
_____

**ORDER**

This matter coming to be heard on Plaintiffs Coach, Inc. and Coach Services, Inc. and Defendants Source II, Inc. and Cerhue Andrew Walker, individually and d/b/a Source II, Inc. (collectively, the "Parties") Joint Motion to Modify Scheduling Order, the Court being fully advised, IT IS HEREBY ORDERED:

All dates beyond the dispositive motion deadline of May 31, 2016 are SUSPENDED pending further order of the court. In the event no dispositive motion is filed, attorneys shall appear in person **on June 6, 2016 at 3:00 p.m. in the Chambers of Judge Robert H. Cleland, 231 W Lafayette, Room 1021, Detroit, MI 48226.**

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: April 21, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 21, 2016, by electronic and/or ordinary mail.

 S/Lisa Wagner

Case Manager and Deputy Clerk

(313) 234-5522