# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

COACH, INC. and COACH SERVICES, INC.,

   Plaintiffs,

  v.                                                   Case No. 15-10740

SOURCE II, INC. and CERHUE ANDRE
WALKER, individually and d/b/a SOURCE II,
INC.,

   Defendants.

                                               /

## JUDGEMENT AND PERMANENT INJUNCTION

Upon consideration of Plaintiffs Coach, Inc. and Coach Services, Inc.'s (hereinafter collectively referred to as "Coach" or "Plaintiffs") Motion for Summary Judgment and Supplemental Briefing Regarding Plaintiffs' Election of Statutory Damages against Defendants Source II, Inc. ("Source II") and Cerhue Andre Walker, individually and d/b/a Source II, Inc. ("Walker") (hereinafter collectively referred to as "Defendants"), having granted Plaintiffs' Motion for Summary Judgment and having heard the evidence before it and having considered this case's docket, pleadings, exhibits, and memoranda filed, this Court hereby states and finds as follows:

### FINDINGS

1. Defendant Walker is the sole member and owner of Defendant Source II, which operates a clothing and accessory store, The Source Apparel.

2. On December 4, 2014, law enforcement officials executed a search warrant at the Source Apparel and seized thousands of counterfeit handbags, wallets, and accessories worth approximately $1,671,040. Four counterfeit Coach purses were among the products seized. An investigator for Coach examined the purses and concluded they were counterfeit.

3. Prior to that, on February 21, 2014, Defendants sold to a confidential informant twenty-eight items, including a Coach wallet, which was determined to be counterfeit.

4. Defendants' entire course of conduct demonstrates willfulness. Undisputed evidence in the record shows that Defendants' superficially legitimate business was merely a front — Defendants' store concealed a hidden backroom where Defendants traded in counterfeit products. Defendants have not disputed the existence of or their involvement in this illicit enterprise. Defendants' willfulness is further evidenced by the scale of their illegitimate business. The Court can scarcely conceive of stronger evidence of willful infringement than Defendants' underhanded efforts to illegally acquire, quietly transport, display out of easy sight in the "back room," and offer for sale what amount to — literally — a small fortune in counterfeit goods.

5. Defendants are not licensed or otherwise authorized to use Coach's Trademarks.

6. Defendants infringed on the Coach Trademarks at issue in this action and are liable for federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designations of origin (15 U.S.C. § 1125(a)), and violation of the Michigan Consumer Protection Act (Mich. Comp. Laws § 445.903(1)).

7. Coach has shown a tangible risk of irreparable harm and that it will lack an adequate legal remedy if this Permanent Injunction is not entered. The Lanham Act authorizes courts to grant injunctions "under principals of equity and upon such terms as the court may deem reasonable" to prevent future infringement;

8. Weighing the equities favors Coach's requested relief;

9. It is in the public interest that the Court enter a Permanent Injunction; and

10. Defendants do not contest the suitability of entry of a Permanent Injunction in this case.

**IT IS, THEREFORE, HEREBY ORDERED** that a Permanent Injunction is entered against Defendants pursuant to Fed. R. Civ. P. 65, forever enjoining the Defendants, their respective officers, agents, servants, employees, and attorneys and upon those persons in active concert or participation with them from:

    a. Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any products or merchandise, including apparel, handbags, wallets, purses, and/or related products, not authorized by the Coach,

bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Plaintiffs' Trademarks, or bearing a design or image which is of a substantially similar appearance to the Plaintiffs' Trademarks. Specifically, those Trademarks as listed below:

| **Registration No.** | **Mark** | **Classes** | **Date of Registration** | **Image** |
|---|---|---|---|---|
| 2,088,706 | COACH | 6, 9, 16, 18, 20 and 25 for *inter alia* key fobs, eyeglass cases, cellular phone cases satchels, tags for luggage, luggage, backpacks, picture frames, hats, gloves and caps. | August 19, 1997 | COACH |
| 3,157,972 | COACH | 35 for retail store services. | October 17, 2006 | COACH |
| 0,751,493 | COACH | 14 for Leather Goods, namely, Utility Kits, Portfolios, Key Cases, Comb Cases, Pass Cases, Money Clips, Billfolds, Wallets, Pocket Secretaries, Stud Cases, Jewel Cases, and Leather Book Covers. | June 23, 1963 | COACH |
| 2,451,168 | COACH | 9 for eyeglasses. | May 15, 2001 | COACH |
| 4,105,689 | COACH | 9 for sunglasses. | February 25, 2012 | COACH |
| 2,537,004 | COACH | 24 for *inter alia* home furnishings. | February 5, 2002 | COACH |
| 1,846,801 | COACH | 25 for *inter alia* men's and women's coats and jackets. | July 26, 1994 | COACH |
| 3,439,871 | COACH | 18 for *inter alia* umbrellas. | June 3, 2008 | COACH |
| 2,061,826 | COACH | 12 for *inter alia* seat covers. | May 13, 1997 | COACH |

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 2,231,001 | COACH | 25 for *inter alia* clothing for men, women and children namely, coats, jackets, overcoats, raincoats, shirts, vest, scarves, shoes and belts. | March 9, 1999 | COACH |
| 2,939,127 | COACH | 9 for *inter alia* camera cases. | April 12, 2005 | COACH |
| 3,354,448 | COACH | 14 for *inter alia* jewelry. | December 11, 2007 | COACH |
| 2,446,607 | COACH | 16 for *inter alia* writing instruments. | April 24, 2001 | COACH |
| 2,291,341 | COACH | 14 for *inter alia* clocks and watches. | November 9, 1999 | COACH |
| 1,071,000 | COACH | 18, 25 for *inter alia* women's handbags and men's and women's belts. | August 9, 1977 | COACH |
| 3,633,302 | COACH | 3 for *inter alia* perfumes, lotions and body sprays. | June 2, 2009 | COACH |
| 4,168,626 | COACH NEW YORK | 18, 25 for briefcases, satchels, tote bags, duffle bags, key cases, coin cases, wallets, hats, caps, gloves, coats, jackets, vests, shirts, overcoats, raincoats, scarves, ties, shoes and belts. | July 3, 2012 | COACH NEW YORK |
| 4,296,584 | COACH NEW YORK | 9, 16 for cases for eyeglasses and sunglasses, sunglasses and spectacles, calendars and diaries | February 26, 2013 | COACH NEW YORK |
| 3,413,536 | COACH EST. 1941 STYLIZED | 14 for jewelry | April 15, 2008 | Coach est.1941 |
| 2,534,429 | COACH & LOZENGE DESIGN | 9 for *inter alia* eyeglasses, eyeglass frames and sunglasses. | January 29, 2002 | COACH |

4

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 3,363,873 | COACH & LOZENGE DESIGN | 3 for *inter alia* fragrances. | January 1, 2008 | COACH |
| 2,252,847 | COACH & LOZENGE DESIGN | 35 for retail services. | June 15, 1999 | COACH |
| 2,291,368 | COACH & LOZENGE DESIGN | 14 for *inter alia* watches. | November 9, 1999 | COACH |
| 2,534,429 | COACH & LOZENGE DESIGN | 9 for *inter alia* eyeglasses, eyeglass frames and sunglasses. | January 29, 2002 | COACH |
| 2,169,808 | COACH & LOZENGE DESIGN | 25 for *inter alia* clothing for men and women, namely, coats, jackets, scarves, shoes, and belts. | June 30, 1998 | COACH |
| 2,045,676 | COACH & LOZENGE DESIGN | 6, 9, 16, 18, 20, 25 for *inter alia* key fobs, money clips, phone cases, computer cases, briefcases, satchels, duffel bags, hats, caps and gloves. | March 18, 1997 | COACH |
| 1,070,999 | COACH & LOZENGE DESIGN | 18, 25 for *inter alia* women's handbags and men's and women's belts. | August 9, 1977 | COACH |
| 1,309,779 | COACH & LOZENGE DESIGN | 9, 16, 18 for *inter alia* eyeglass cases and leather goods, namely, wallets, handbags and shoulder bags. | December 19, 1984 | COACH |
| 2,035,056 | COACH & LOZENGE DESIGN | 3, 21 for *inter alia* leather cleaning products and shoe brushes. | February 4, 1997 | COACH |
| 2,983,654 | COACH & LOZENGE DESIGN | 18, 24, 25 for *inter alia* handbags, leather goods, fabrics, swimwear, hats and shoes. | August 9, 2005 | [COACH pattern design] |

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 2,626,565 | CC & DESIGN (Signature C) | 18 for *inter alia* handbags, purses, clutches, shoulder bags, tote bags, and wallets. | September 24, 2002 | |
| 2,822,318 | CC & DESIGN (Signature C) | 24 for *inter alia* fabric for use in the manufacture of clothing, shoes, handbags, and luggage. | March 16, 2004 | |
| 2,832,589 | CC & DESIGN (Signature C) | 6, 9, 14, 18, for *inter alia* sunglasses and eye glass cases, leather goods, metal key fobs, leather key fobs jewelry, watches, umbrellas | April 13, 2004 | |
| 2,592,963 | CC & DESIGN (Signature C) | 25 for *inter alia* clothing namely, scarves, belts, gloves, hats, shoes, coats, jackets. | July 9, 2002 | |
| 2,822,629 | CC & DESIGN (Signature C) | 35 for retail services. | March 16, 2004 | |
| 4,365,898 | COACH Signature C Design | 9 for Protective covers and cases for cell phones, laptops and portable media players | July 9, 2013 | |
| 3,396,554 | AMENDED CC & DESIGN (Signature C) | 3 for *inter alia* fragrances. | March 11, 2008 | |
| 3,012,585 | AMENDED CC & DESIGN (Signature C) | 18, 24, 25 for *inter alia* handbags, purses, wallets, umbrellas, fabrics for the use in manufacturing clothings, shoes and handbags and clothing namely scarves, hats, caps and shoes. | November 8, 2005 | |

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 3,784,814 | COACH OP ART | 9 for eyeglasses and sunglasses. | May 4, 2010 | |
| 4,365,899 | COACH OP ART | 9 for Protective covers and cases for cell phones, laptops and portable media players | July 9, 2013 | |
| 4,105,636 | COACH OP ART | 14, 18, 25 for Jewelry, watches, wallets, handbags, belts, hats, scarves, shoes, coats, gloves and t-shirts. | February 28, 2012 | |
| 3,696,470 | COACH OP ART & Design | 18, 24 and 25 for *inter alia* handbags, wallets, umbrellas, hats, scarves, belts, coats, shoes and fabrics for the manufacturing of clothing, shoes and handbags. | October 13, 2009 | |
| 4,391,741 | COACH LEATHERWARE EST. 1941 [Heritage Logo] | 3 for After-shave; Body lotions; Fragrances; Make-up; Perfumes; Soaps for personal use | August 27, 2013 | |
| 4,296,582 | COACH EST. 1941 NEW YORK | 14,16,18 and 25 for jewelry and watches, handbags, leather credit card cases, purses, shoulder bags, wallets, belts, coats, t-shirts, hats, gloves, shoes, day planners. | February 26, 2013 | |
| 4,359,191 | COACH EST. 1941 NEW YORK | 9 for Protective covers and cases for cell phones, laptops and portable media players. | June 25, 2013 | |

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 3,251,315 | COACH EST. 1941 | 18, 25 for *inter alia* handbags, small leather goods, jackets, coats and shoes. | June 12, 2007 | |
| 3,338,048 | COACH STYLIZED | 18 for *inter alia* luggage, backpacks, purses, wallets, and shoulder bags. | November 11, 2007 | |
| 3,149,330 | C & LOZENGE LOGO | 14 for watches. | September 26, 2006 | |
| 2,162,303 | COACH & TAG DESIGN | 25 for belts. | June 2, 1998 | |
| 4,334,351 | COACH & TAG | 9 for Protective covers and cases for cell phones, laptops and portable media players. | May 14, 2013 | |
| 3,685,590 | COACH & TAG | 14 for Bracelets; Earrings; Jewelry; Necklaces; Rings being jewelry; Watches | September 22, 2009 | |
| 2,088,707 | COACH & TAG DESIGN | 18 for briefcases, handbags, satchels, tote bags, duffle bags, cosmetic bags, luggage. | August 19, 1997 | |
| 3,908,558 | POPPY | 9 for eyeglasses and sunglasses. | January 18, 2011 | POPPY |
| 3,812,170 | POPPY | 18 for *inter alia* backpacks, briefcases, leather key chains, bags, wallets and billfolds. | June 29, 2010 | POPPY |

This includes, but is not limited to, the following marks used by Defendants, and any mark bearing a design or image which is of a substantially similar appearance:

8



b. Using Plaintiffs' Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine product of Plaintiffs or not authorized by Plaintiffs to be sold in connection with the Plaintiffs' Trademarks;

c. Passing off, inducing, or enabling others to sell or pass off any product as a genuine product of Plaintiffs or any other product produced by Plaintiffs, that is not a genuine product of Plaintiffs or not produced under the authorization, control or supervision of Plaintiffs and approved by Plaintiffs for sale under Plaintiffs' Trademarks;

d. Committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

e. Further infringing Plaintiffs' Trademarks and damaging Plaintiffs' goodwill;

f. Manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by

Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' Trademarks or any reproductions, counterfeit copies or colorable imitations thereof;

g. Engaging in any other acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations associated with Coach.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants shall recall from any distributors and retailers and to deliver to Coach for destruction or other disposition all remaining inventory of all Infringing Products, including all advertisements, promotional and marketing materials therefore, as well as means of making same. Defendants shall also file with this Court and serve on Coach within thirty (30) days after entry of the injunction a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court finds that Defendants have intentionally used counterfeit marks as defined in Section 1116(d)(1)(B) of Title 15.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to 15 U.S.C.§ 1117(c)(2), Coach is awarded statutory damages and attorney fees and costs from the Defendants, jointly and severally, in the amount of three hundred thousand dollars ($300,000) for use by the Defendants of one or more counterfeit Coach Trademarks;

**IT IS FURTHER ORDERED AND ADJUDGED:**

That the Court finds that there is no just reason for delay, and therefore, pursuant to Fed. R. Civ. P. 54(b), the Court expressly directs the entry of judgment on all rulings made by the Court which shall operate as a final judgment as to Defendants.

Dated at Port Huron, Michigan, this twenty-first day of April, 2017.

                                               s/Robert H. Cleland                  /
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 21, 2017, by electronic and/or ordinary mail.

                                               s/Lisa Wagner                      /
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522

S:\Cleland\TLH\Civil\15-10740.COACH.injunction.judgment.docx